Leilani ZUTRAU, Plaintiff Below, Appellant,

v.

John C. JANSING, Defendant Below, Appellee,

Ice Systems, Inc., Nominal Defendant Below, Appellee.

No. 55, 2015

Supreme Court of Delaware.

Submitted: June 26, 2015
Decided: August 26, 2015
Reargument Denied September 17, 2015

Court Below—Court of Chancery of the State of Delaware, C.A. No. 7457–VCP

AFFIRMED.

Francisco LANZO, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 618, 2014

Supreme Court of Delaware.

Submitted: August 26, 2015
Decided: August 28, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Criminal ID No. 1310018207

AFFIRMED.

Raymond WINCHESTER, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 451, 2015

Supreme Court of Delaware.

Submitted: August 28, 2015
Decided: August 31, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID 1408023564

DISMISSED.

Galen COLLINS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 355, 2015

Supreme Court of Delaware.

Submitted: August 10, 2015
Decided: August 31, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID 1411011358

DISMISSED.